IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

**COURT MINUTES - CRIMINAL**

BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

United States of America,

      Plaintiff,

v.

Deshaun Malik Whitfield,

      Defendant.

| | |
|---|---|
| Case No: | 22-mj-833 ECW |
| Date: | October 3, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:42 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 8 minutes |

APPEARANCES:

    Plaintiff: Bradley Endicott, Assistant U.S. Attorney
    Defendant: James Becker, Assistant Federal Public Defender
        X FPD        X To be appointed

    X Advised of Rights

on  X Complaint
X Date charges or violation filed: 9/30/2022
X Current Offense: Possession with intent to distribute fentanyl
X **Charges from other District:** District of Nebraska
X Title and Code of underlying offense from other District: 21:841(a)(1) and (b)(1)(C)
X Case no: 8:22-mj-542

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Wednesday, October 5, 2022 at 9:30 a.m. before U.S. Magistrate Judge Elizabeth Cowan Wright in CR3C, STP for:
X Detention hrg      X Preliminary hrg

X Removal hearing waived
X Removal Order to be issued
X Government moves to unseal the case.    X Granted

Additional Information:

                                                    s/jam
                                       Signature of Courtroom Deputy